**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 02-6939

---

JOSHUA BERNARD JOHNS,

Plaintiff - Appellant,

versus

NANCY MATTHEW; M. LOVE; MR. TREND; SERGEANT
TUCKER; SERGEANT BARNETT; CAPTAIN HILL; E. B.
WALKER; MAJOR VAUGHN,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-02-342-AM)

---

Submitted: August 15, 2002            Decided: August 26, 2002

---

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Joshua Bernard Johns, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joshua Bernard Johns appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint for failure to state a claim.  We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Johns v. Matthew</u>, No. CA-02-342-AM (E.D. Va. May 30, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>